**Order entered February 23, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-20-00982-CV

**JOHNNY AGUINAGA AND DFW PROJECTS, LLC, Appellants**

**V.**

**JAT PROJECTS HOLDINGS TEXAS, LLC AND**
**JAT REAL PROPERTY HOLDINGS TEXAS, LLC, Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-10069**

### ORDER
Before Chief Justice Burns, Justice Molberg, and Justice Goldstein

Before the Court is appellees' letter brief asserting we lack jurisdiction over this appeal. We construe the letter brief as a motion to dismiss the appeal. We **DENY** the motion. *See Doe v. Pilgrim Rest Baptist Church*, 218 S.W.3d 81, 82 (Tex. 2007) (per curiam) (severance order conditioned on a future certain event not final until condition met).

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE